AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SEAN WILSON, an individual; RAYMOND HARTLEY, an individual, and ELIJAH BROWN, an individual<br><br>*Plaintiff(s)*<br>v.<br>THE ROYALTY NETWORK INC., a New York corporation; SLIP-N-SLIDE RECORDS, INC., a Florida corporation; SLIP-N-SLIDE ENTERPRISES, INC., a Florida corporation; FIRST-N-GOLD PUBLISHING, INC., a Florida corporation; KOBALT MUSIC PUBLISHING AMERICA INC., a Delaware corporation; THEODORE LUCAS, an individual; and DOES 1-10,<br>*Defendant(s)* | Civil Action No. 1:25-cv-07321 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Royalty Network Inc.
224 West 30th Street, Suite 1007
New York, New York 10001

Slip-N-Slide Enterprises, Inc.
919 4th Street
Miami Beach, Florida 33139

Slip-N-Slide Records, Inc.
8003 Northwest 154th Street, Suite 349
Miami Lakes, Florida 22016

First-N-Gold Publishing, Inc.
900 Circle 75 Parkway, Suite 1430
Atlanta Georgia 30339

Kobalt Music Publishing America Inc.
2 Gansevoort Street, 6th floor
New York, New York 10014

Theodore Lucas
3450 NW 205th Street
Miami Gardens FL 33056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Alan Burroughs
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 4, 2025

/S/ S. James
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-07321

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset